District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IKHYAR AHMED HASSAN, *et al.*, | Case No. 2:24-cv-00122-TL |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | Noted for Consideration: June 21, 2024 |
| Defendants. | |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 19, 2024. Plaintiffs brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete the administrative processing of Plaintiff Abdiraham Mohamed's visa application. There is good cause to stay these proceedings.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND PROPOSED ORDER
[Case No. 2:24-cv-00122-TL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The U.S. Embassy in Nairobi, Kenya, has recently requested additional documentation from Plaintiff Abdiraham Mohamed. Once he has submitted the documentation, the Embassy will review it and continue with processing her application. Because further litigation may not be necessary after the review is completed, the parties agree that holding this case in abeyance through August 19, 2024 is appropriate. Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings through August 19, 2024. The parties will submit a joint status report on or before August 19, 2024.

DATED this 21st day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GAIRSON LAW, LLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Jay Gairson*<br>JAY GAIRSON, WSBA #43365<br>4606 Martin Luther King Jr.. Way S.<br>Seattle, Washington 98108<br>Phone: (206) 357-4218<br>Email:  jay@gairson.com |
| *Attorneys for Defendants* | *Attorney for Plaintiffs* |

***I certify that this memorandum contains 266 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ~~PROPOSED~~ ORDER
[Case No. 2:24-cv-00122-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before August 19, 2024. The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 7) is vacated.

DATED this 24th day of June, 2024.

_Tana Lin_
Tana Lin
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND PROPOSED ORDER
[Case No. 2:24-cv-00122-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800