District Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IKHYAR AHMED HASSAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00122-TL <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> August 19, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until October 18, 2024. Plaintiffs brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete the administrative processing of Plaintiff Abdiraham Mohamed's visa application. This case is currently stayed through August 19, 2024. Dkt. No. 9. There is good cause to continue to stay these proceedings.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE
IN ABEYANCE AND PROPOSED ORDER
[Case No. 2:24-cv-00122-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Plaintiff Abdiraham Mohamed is working to submit additional documentation requested by the U.S. Embassy in Nairobi, Kenya. Once he has submitted the documentation, the Embassy will review it and continue with processing the application. Because further litigation may not be necessary after the review is completed, the parties agree that continuing to hold this case in abeyance through October 18, 2024 is appropriate. Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings through October 18, 2024. The parties will submit a joint status report on or before October 18, 2024.

DATED this 19th day of August, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax: (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

GAIRSON LAW, LLC

*s/ Jay Gairson*
JAY GAIRSON, WSBA #43365
4606 Martin Luther King Jr., Way S.
Seattle, Washington 98108
Phone: (206) 357-4218
Email: jay@gairson.com

*Attorney for Plaintiffs*

**I certify that this memorandum contains 286 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION TO HOLD CASE
IN ABEYANCE AND ~~PROPOSED~~ ORDER
[Case No. 2:24-cv-00122-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before October 18, 2024.

DATED this 20th day of August, 2024.

Tana Lin
United States District Judge

STIPULATED MOTION TO HOLD CASE
IN ABEYANCE AND PROPOSED ORDER
[Case No. 2:24-cv-00122-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800