District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IKHYAR AHMED HASSAN, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-00122-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>October 17, 2024 |

　　　　Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until November 18, 2024. Plaintiffs brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete the administrative processing of Plaintiff Abdiraham Mohamed's visa application. This case is currently stayed through October 18, 2024. Dkt. No. 9. There is good cause to continue to stay these proceedings.

　　　　Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND
PROPOSED ORDER
[Case No. 2:24-cv-00122-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.
3       After receipt of additional documentation submitted by Plaintiff Abdiraham Mohamed, the
4  consular officer readjudicated and approved Plaintiff's visa application. Additional time is
5  required to allow for Plaintiff to receive the physical visa. Because further litigation will likely
6  not be necessary after this occurs, the parties agree that continuing to hold this case in abeyance
7  through November 18, 2024, is appropriate. Therefore, the parties believe good cause exists for a
8  stay in these proceedings to save the parties and this Court from spending unnecessary time and
9  judicial resources on this matter.
10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23
24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND PROPOSED ORDER
[Case No. 2:24-cv-00122-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings through November 18, 2024. The parties will submit a joint status report on or before November 18, 2024.

DATED this 17th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GAIRSON LAW, LLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jay Gairson*<br>JAY GAIRSON, WSBA #43365<br>4606 Martin Luther King Jr., Way S.<br>Seattle, Washington 98108<br>Phone:  (206) 357-4218<br>Email:   jay@gairson.com<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

*I certify that this memorandum contains 283 words, in compliance with the Local Civil Rules.*

### [~~PROPOSED~~] ORDER

The parties having stipulated and agreed, it is hereby so **ORDERED**. The parties shall file a joint status report on or before November 18, 2024.

DATED this 17th day of October, 2024.

_____
TANA L. LIN
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND PROPOSED ORDER
[Case No. 2:24-cv-00122-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800