District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IKHYAR AHMED HASSAN, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-00122-TL<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>November 6, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff Abdiraham Mohamed has been issued a visa and this case is now moot.

//

//

//

//

//

//

//

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-00122-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 6th day of November, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GAIRSON LAW, LLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jay Gairson*<br>JAY GAIRSON, WSBA No. 43365<br>4606 Martin Luther King Jr., Way S.<br>Seattle, Washington 98108<br>Phone:  (206) 357-4218<br>Email:  jay@gairson.com<br><br>*Attorneys for Plaintiffs* |

*Attorneys for Defendants*

*I certify that this memorandum contains 41 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-00122-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 6th day of November, 2024.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-00122-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800